TYSHUNDA ASHLEY HENDERSON
353 GREYSTONE PT
TERRY, MS 39170

JOSEPH MANN & CREED
P.O. BOX 1270
TWINSBURG, OH 44087

STANDARD MORTGAGE CORP
701 POYDRAS ST
NEW ORLEANS, LA 70139

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

LENDING CLUB
ATTN: BANKRUPTCY
595 MARKET STREET
SUITE 200
SAN FRANCISCO, CA 94105

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

LVNV FUNDING LLC
ATTN: BANKRUPTCY
PO BOX 1269
GREENVILLE, SC 29602

WELLS FARGO
ATTN: BANKRUPTCY
PO BOX 10438
DES MOINES, IA 50306

CCB
ONE FINANCE, INC.
P.O. BOX 513717
LOS ANGELES, CA 90051

MCPHAIL SANCHEZ, LLC
PO BOX 870
MOBILE, AL 36601

CITIBANK
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

MS TITLE LOANS
659 OLD HWY 49 S
RICHLAND, MS 39218

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

HARRIS & HARRIS
ATTN: BANKRUPTCY
111 W JACKSON BLVD
SUITE 650
CHICAGO, IL 60604

OPPLOANS
ATTN: BANKRUPTY DEPT
P.O. BOX 5040
FREDERICKSBURG, VA 22403

HUGHES NET
PO BOX 96874
CHICAGO, IL 60693-6874

SMITH, ROUCHON & ASSOC
SRA
1456 ELLIS AVE
JACKSON, MS 39204