Certificate Number: 12433-MSS-DE-040924907

Bankruptcy Case Number: 26-00987



12433-MSS-DE-040924907

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 1, 2026</u>, at <u>11:05</u> o'clock <u>AM CDT</u>, <u>Tyshunda Henderson</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>May 1, 2026</u>          By:  <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>