**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                    **CHAPTER 13:**

**TYSHUNDA ASHLEY HENDERSON**              **CASE NO. 26-00987-JAW**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee, and files this Objection to Confirmation and in support thereof, would show unto the Court the following:

1. The Bankruptcy Code provides that the Debtor's plan shall be proposed in good faith. (11 U.S.C. § 1325(a)(3)).

2. The Debtor's Modified Plan proposes to pay zero ($0.00) distribution to unsecured creditors. The deadline for filing  non-government claims is June 18, 2026.

3. The Debtor's Chapter 13 Plan proposes to retain a 2015 Nissan Altima.

4. During the 341 Meeting of Creditors, the Debtor testified that she does not have auto insurance coverage for the 2015 Nissan Altima.

5. The Trustee Objects.

6. The scheduled amount for the vehicle claim is $2,500.00. Mississippi Title Loan has not filed a proof of claim. It is in the best interest of the bankruptcy estate that the Debtor timely obtain auto insurance coverage to protect the asset of the bankruptcy estate.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and at the hearing hereon an Order be entered denying the

Confirmation, or in the alternative, the Debtor be required to obtain auto insurance coverage for the 2015 Nissan Altima; and any further general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: May 22, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*
Semoune Ellis MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Objection to Confirmation to the following, all by ECF system: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

DATED: May 22, 2026

/s/ *Semoune Ellis*
Semoune Ellis