_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                    **CHAPTER 13:**

**TYSHUNDA ASHLEY HENDERSON**                      **CASE NO. 26-00987-JAW**

### ORDER WITHDRAWING OBJECTION TO
### <u>CONFIRMATION OF CHAPTER 13 PLAN</u>

**THIS MATTER** came before the Court on the Trustee's Objection to Confirmation of Plan (Docket #18). The Court, having fully considered the matter, is advised that the Trustee requests to withdraw the Objection the issues presented in the Objection have been resolved.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Objection to Plan Confirmation is hereby withdrawn as the Debtor provided proof of an active automobile insurance coverage policy to the Trustee.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com