## United States Bankruptcy Court
### Southern District of Mississippi

In re   **Tyshunda Ashley Henderson**                                  Case No.   **26-00987**
Debtor(s)                                    Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 28, 2026**                    **/s/ Tyshunda Ashley Henderson**
**Tyshunda Ashley Henderson**
Signature of Debtor

```
TYSHUNDA ASHLEY HENDERSON   JOSEPH MANN & CREED      STANDARD MORTGAGE CORP
353 GREYSTONE PT            P.O. BOX 1270            701 POYDRAS ST
TERRY, MS 39170             TWINSBURG, OH 44087      NEW ORLEANS, LA 70139


THOMAS C. ROLLINS, JR.      LENDING CLUB             SYNCHRONY BANK
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY         ATTN: BANKRUPTCY
P.O. BOX 13767              595 MARKET STREET        PO BOX 965065
JACKSON, MS 39236           SUITE 200                ORLANDO, FL 32896
                            SAN FRANCISCO, CA 94105


CAPITAL ONE                 LVNV FUNDING LLC         TILT FINANCE INC***
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY         650 CALIFORNIA ST. FL7
PO BOX 30285               PO BOX 1269              SAN FRANCISCO, CA 94108
SALT LAKE CITY, UT 84130    GREENVILLE, SC 29602


CCB                         MCPHAIL SANCHEZ, LLC     WELLS FARGO
ONE FINANCE, INC.           PO BOX 870               ATTN: BANKRUPTCY
P.O. BOX 513717             MOBILE, AL 36601         PO BOX 10438
LOS ANGELES, CA 90051                                DES MOINES, IA 50306


CITIBANK                    MOHELA
CENTRALIZED BANKRUPTCY      ATTN: BANKRUPTCY
PO BOX 790046               633 SPIRIT DRIVE
ST LOUIS, MO 63179          CHESTERFIELD, MO 63005


CREDIT ONE BANK             MS TITLE LOANS
ATTN: BANKRUPTCY DEPT       659 OLD HWY 49 S
6801 CIMARRON RD            RICHLAND, MS 39218
LAS VEGAS, NV 89113


FST PREMIER                 NAVY FEDERAL CU
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
601 S MINNESOTA AVE         PO BOX 3000
SIOUX FALLS, SD 57104       MERRIFIELD, VA 22199


HARRIS & HARRIS             OPPLOANS
ATTN: BANKRUPTCY            ATTN: BANKRUPTY DEPT
111 W JACKSON BLVD          P.O. BOX 5040
SUITE 650                   FREDERICKSBURG, VA 22403
CHICAGO, IL 60604


HUGHES NET                  SMITH, ROUCHON & ASSOC
PO BOX 96874                SRA
CHICAGO, IL 60693-6874      1456 ELLIS AVE
                            JACKSON, MS 39204
```