United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 26-00987-JAW

Tyshunda Ashley Henderson                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tyshunda Ashley Henderson, 353 Greystone Pt, Terry, MS 39170-4403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tyshunda Ashley Henderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                        **CHAPTER 13:**

**TYSHUNDA ASHLEY HENDERSON**                        **CASE NO. 26-00987-JAW**

### ORDER WITHDRAWING OBJECTION TO
### CONFIRMATION OF CHAPTER 13 PLAN

**THIS MATTER** came before the Court on the Trustee's Objection to Confirmation of Plan (Docket #18). The Court, having fully considered the matter, is advised that the Trustee requests to withdraw the Objection the issues presented in the Objection have been resolved.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Objection to Plan Confirmation is hereby withdrawn as the Debtor provided proof of an active automobile insurance coverage policy to the Trustee.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com