United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-00987-JAW

Tyshunda Ashley Henderson                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: n031 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyshunda Ashley Henderson, 353 Greystone Pt, Terry, MS 39170-4403 |
| 5649813 | + | Ccb, One Finance, Inc., P.O. Box 513717, Los Angeles, CA 90051-3717 |
| 5649824 | + | MS Title Loans, 659 Old Hwy 49 S, Richland, MS 39218-6033 |
| 5680202 | + | Tilt Finance Inc, 650 California St. FL 7, San Francisco, CA 94108-2737 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5649812 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 20:04:01 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5649814 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 20:03:59 | Citibank, Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5649815 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2026 20:03:55 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5687484 | + | Email/Text: opportunitynotices@gmail.com | Jul 15 2026 19:59:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5649816 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 15 2026 20:04:01 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5649817 | | Email/Text: HHEBN@harriscollect.com | Jul 15 2026 19:59:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 5649818 | | Email/Text: BankruptcyNotices@hughes.com | Jul 15 2026 19:59:00 | Hughes Net, PO Box 96874, Chicago, IL 60693-6874 |
| 5669637 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2026 19:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5649819 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Jul 15 2026 20:00:00 | Joseph Mann & Creed, P.O. Box 1270, Twinsburg, OH 44087-9270 |
| 5649821 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 20:03:55 | LVNV Funding LLC, Attn: Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5652373 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 20:03:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5649820 | + | Email/Text: Documentfiling@lciinc.com | Jul 15 2026 19:59:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 5649822 | | Email/Text: KentMcPhailAssociatesLLC@jubileebk.net | Jul 15 2026 19:59:00 | McPhail Sanchez, LLC, PO Box 870, Mobile, AL 36601 |
| 5649823 | | Email/Text: EBN@Mohela.com | Jul 15 2026 19:59:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5680469 | + | Email/Text: bankruptcy_department@clacorp.com | Jul 15 2026 19:59:00 | Mississippi Title Loans, Inc., 8601 Dunwoody |

District/off: 0538-3      User: mssbad      Page 2 of 3

Date Rcvd: Jul 15, 2026      Form ID: n031      Total Noticed: 31

| Recip | | Method | Date | Address |
|---|---|---|---|---|
| | | | | Place Ste. 406, Atlanta, GA 30350, Bankruptcy Legal Department 30350-2550 |
| 5649825 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 15 2026 20:00:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5661561 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 15 2026 20:00:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5649826 | + | Email/Text: opportunitynotices@gmail.com | Jul 15 2026 19:59:00 | OppLoans, Attn: Bankrupty Dept, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5678287 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 20:04:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5664209 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2026 19:59:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5687244 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2026 19:59:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5649827 | + | Email/Text: Tracey@sra-inc.net | Jul 15 2026 19:59:00 | Smith, Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5649828 | | Email/Text: dbarrett@stanmor.com | Jul 15 2026 19:59:00 | Standard Mortgage Corporation, 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 |
| 5649829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 20:03:54 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5650966 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jul 15 2026 20:03:55 | U.S. Department of Housing and Urban Development, Martin Luther King, Jr. Federal Building, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5649830 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 15 2026 20:03:58 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |
| 5672084 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 15 2026 20:04:01 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

District/off: 0538-3        User: mssbad        Page 3 of 3
Date Rcvd: Jul 15, 2026        Form ID: n031        Total Noticed: 31

| Name | Email Address |
| --- | --- |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tyshunda Ashley Henderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−00987−JAW
**Chapter:** 13

**In re:**

Tyshunda Ashley Henderson
aka Tyshunda Henderson, aka Ty
Henderson
353 Greystone Pt
Terry, MS 39170

Notice of Entry of Order Confirming Plan

The Court entered an Order on 07/15/2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 15, 2026

Danny L. Miller, Clerk of Court